RECEIVED
MAR 0 2 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

5:18-CV-89-FL DIVISION

Carter, Danielle, A. )
_____ )
_____ )
(Enter above the full name of the Plaintiff[s] in this action).

vs.

Thiam, Aston, Owner )
African Hair Braiding Gallery )
_____ )
_____ )
(Enter above the full name of **ALL** Defendant[s] in this action. Fed.R.Civ.P.10(a) requires that the caption of the <u>complaint</u> include the names of **all** the parties. Merely listing one party and "et al." is insufficient. Please attach additional sheets if necessary).

Case No. _____
(To be assigned by the Clerk of District Court)

<u>COMPLAINT</u>

1. Plaintiff resides at Raleigh, NC _____

1

2. Defendant(s) name(s): Thiam, Astou; African Hair Braiding Gallery

Location of principal office(s) of the named defendant(s):
3031 Capital Blvd., #103, Raleigh, NC, 27604

Nature of defendant(s) business: Salon

Approximate number of individuals employed by defendant:
8-50

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

   (A) __✗__ Failure to employ me.

   (B) __✗__ Termination of my employment.

   (C) __✗__ Failure to promote me.

   (D) __✗__ Other acts as specified below:

2

The defendant failed to fairly compensate, provide minimum wages, and also provide appropriate applications for income taxes. The defendant assigned several duties pertinent to a full-time position, however, did not offer equal opportunity. The defendant does harass my marital status.

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) _X_ not presently employed by the defendant.

   The dates of employment were 10/2016 - 9/2017.

   Employment was terminated because:

   (1) _X_ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _X_ my race.

   (B) _X_ my religion.

   (C) _____ my sex.

3

(D) _X_ my national origin.

(E) _X_ other as specified below:

The defendant discriminated against perceived disabilities

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Thiam, Astou; African; Female; Owner

8. The alleged discrimination occurred on or about

October 2016 to September 2017.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

The individual named above has used my image and photograph to promote and sell services without proper release, consent, agreement, and/or compensation. The individual (Thiam) repeatedly requested that I work,

4

even with my legitimate licenses, however, stated that I am an American, that Americans cannot have official position within the business; that my race does not compare to being African; that I'd have to be muslim to continue to associate with the business; also that I'm "daughter", "sistah" and "have to pray". The defendant has imposed slavery. The defendant has exploited, even perceived disability, to initiate franchise. The defendant stalks

10. The alleged illegal activity took place at: 3031 Capital Blvd. #103, Raleigh, NC, 27604

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about 05 January 2018. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on 1-15-18.

12. I seek the following relief:

    (A) _____ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) __X__ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

5

injunctive orders, damages, costs and attorney's fees.

08-02-2018
Date

*Darlene Cooper* (signature)
Signature of Plaintiff

P.O. Box 40194
Raleigh, NC, 27604

(252) 762-3316
Address and Phone Number of Plaintiff