IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CV-89-FL

| DANIELLE A. CARTER, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| ASTOU THIAM Owner and AFRICAN HAIR BRADING GALLERY, | ) |  |
| Defendants. | ) |  |

This matter is before the court on plaintiff's motion to voluntarily dismiss (DE 13) and the order and Memorandum and Recommendation ("M&R") of United States Magistrate Judge Kimberly A. Swank, regarding plaintiff's motion to appoint counsel and frivolity review pursuant to 28 U.S.C. § 1915(e)(2)(B). No objections to the M&R have been filed, and the time within which to make any objection has expired. This matter is ripe for ruling.

Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for the reasons stated therein, plaintiff's motion is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1) and this action is DISMISSED WITHOUT PREJUDICE. The clerk of court is directed to close the case.

SO ORDERED, this the 27th day of June, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge