UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIELLE A. CARTER )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>ASTOU THIAM, *Owner,* and AFRICAN )<br>HAIR BRADING GALLERY )<br>       Defendants. ) | **JUDGMENT**<br>5:18-cv-89-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Order and Memorandum and Recommendation of the United States Magistrate Judge and plaintiff's motion to voluntarily dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 27, 2019, and for the reasons set forth more specifically therein, that this action is dismissed without prejudice.

**This Judgment Filed and Entered on June 27, 2019, and Copies To:**
Danielle A. Carter. (via US mail) 410 Liberty Street, Durham, NC 27701

June 27, 2019                      PETER A. MOORE, JR., CLERK

                                        /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk